■ Resat Keles, Appellant, v Sony Theatre et al., Respondents. [792 NYS2d 865]—Order, Supreme Court, New York County

(Alice Schlesinger, J.), entered on or about March 18, 2004, unanimously affirmed for the reasons stated by Schlesinger, J., without costs or disbursements. No opinion. Concur—Marlow, J.P., Ellerin, Nardelli, Williams and Sweeny, JJ.